Anna Maria Martin (NV Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930
316 California Ave. #216
Reno, Nevada 89509

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
and CAESER'S ENTERTAINMENT OPERATING
COMPANY, INC.

Julie A. Mersch (NV Bar No. 4695)
jam@merschlaw.com
Law Offices of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Kevin M. Zietz (Pro Hac Vice)
kevin@zietzlaw.com
LAW OFFICES OF KEVIN M. ZIETZ
Todd Krauss (Pro Hac Vice)
todd@krasslaw.com
LAW OFFICES OF TODD KRAUSS & ASSOCIATES
16055 Ventura Boulevard, Suite 432
Encino, California 91436
Telephone: (818) 981-9200
Facsimile: (818) 981-9201

Attorneys for Plaintiff
MARNICE CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARNICE CLERK, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA; CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC and DOES 1 to 10, Inclusive,, <br><br> Defendants. | Case No. 2:17-cv-02796-JAD-CWH <br><br> **STIPULATION FOR CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC. TO EXTEND TIME TO RESPOND TO COMPLAINT [First Request]** |

WHEREAS, Defendant CAESAR'S ENTERTAINMENT OPERATING COOMPANY, INC. ("Caesar's") received the Complaint in this action by Plaintiff MARNICE CLERK ("Plaintiff") on November 8, 2017.

WHEREAS, a responsive pleading to the Complaint should be filed and served on behalf of Caesar's by November 29, 2017;

WHEREAS, Caesar's counsel requires time to review and assess the file in order to prepare an adequate response to the Complaint;

WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by Caesar's by 30 days, to December 29, 2017;

WHEREAS, this is the first stipulation for extension of time to file a responsive pleading to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiff and Caesar's, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by Caesar's is extended to December 29, 2017.

**IT IS SO STIPULATED**.

Dated: November 28, 2017     LAW OFFICE OF JULIE A. MERSCH
                             Julie A. Mersch


                             By:  */s/ Julie A. Mersch*
                                  Julie A. Mersch
                                  Attorneys for Plaintiff
                                  MARNICE CLERK

Dated: November 28, 2017     LAW OFFICES OF KEVIN M. ZIETZ
                             Kevin M. Zietz


                             By:  */s/ Kevin M. Zietz*
                                  Kevin M. Zietz
                                  Attorneys for Plaintiff
                                  MARNICE CLERK

Dated: November 28, 2017

LAW OFFICES OF TODD KRAUSS & ASSOCIATES
Todd Krauss

By: */s/ Todd Krauss*
Todd Krauss
Attorneys for Plaintiff
MARNICE CLERK

Dated: November 28, 2017

MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC.

**ECF Certification**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

]

]

IT IS SO ORDERED.

DATED: 11/29/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE