Anna Maria Martin (NV Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

316 California Ave. #216
Reno, Nevada 89509

Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA
and CAESAR'S ENTERTAINMENT OPERATING
COMPANY, INC.

Julie A. Mersch (NV Bar No. 4695)
jam@merschlaw.com
Law Offices of Julie A. Mersch
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109

Kevin M. Zietz (*Pro Hac Vice*)
kevin@zietzlaw.com
LAW OFFICES OF KEVIN M. ZIETZ
Todd Krauss (*Pro Hac Vice*)
todd@krasslaw.com
LAW OFFICES OF TODD KRAUSS & ASSOCIATES

16055 Ventura Boulevard, Suite 432
Encino, California 91436
Telephone: (818) 981-9200
Facsimile: (818) 981-9201

Attorneys for Plaintiff
MARNICE CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARNICE CLERK,<br><br>        Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC and DOES 1 to 10, Inclusive,<br><br>        Defendants. | Case No. 2:17-cv-02796-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME FOR LINA TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT [First Request]** |

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

159875.1

Case No. 2:17-cv-02796-JAD-CWH
STIP TO EXTEND LINA'S TIME TO RESPOND
TO COMPLAINT [L.R. 6-1(a)]

WHEREAS, Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") received the Complaint in this action by Plaintiff MARNICE CLERK ("Plaintiff") on November 14, 2017.

WHEREAS, a responsive pleading to the Complaint should be filed and served on behalf of LINA by December 5, 2017;

WHEREAS, LINA's counsel requires time to review and assess the file in order to prepare an adequate response to the Complaint;

WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed and served by LINA by 30 days, to January 4, 2018;

WHEREAS, this is the first stipulation for extension of time to file a responsive pleading to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiff and LINA, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint must be filed and served by LINA is extended to January 4, 2018.

IT IS SO STIPULATED.

Dated: November 28, 2017      LAW OFFICE OF JULIE A. MERSCH
                              Julie A. Mersch


                              By: */s/ Julie A. Mersch*
                                  Julie A. Mersch
                                  Attorneys for Plaintiff
                                  MARNICE CLERK

Dated: November 28, 2017      LAW OFFICES OF KEVIN M. ZIETZ
                              Kevin M. Zietz


                              By: */s/ Kevin M. Zietz*
                                  Kevin M. Zietz
                                  Attorneys for Plaintiff
                                  MARNICE CLERK

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

159875.1

2         Case No. 2:17-cv-02796-JAD-CWH
STIP TO EXTEND LINA'S TIME TO RESPOND
TO COMPLAINT [L.R. 6-1(a)]

Dated: November 28, 2017     LAW OFFICES OF TODD KRAUSS & ASSOCIATES
                             Todd Krauss


                             By:  */s/ Todd Krauss*
                                  Todd Krauss
                                  Attorneys for Plaintiff
                                  MARNICE CLERK


Dated: November 28, 2017     MESERVE, MUMPER & HUGHES LLP
                             Anna Maria Martin


                             By:  */s/ Anna Maria Martin*
                                  Anna Maria Martin
                                  Attorneys for Defendant
                                  LIFE INSURANCE COMPANY OF
                                  NORTH AMERICA and CAESAR'S
                                  ENTERTAINMENT OPERATING
                                  COMPANY, INC.


**ECF Certification**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

IT IS SO ORDERED.

DATED: 11/29/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

159875.1

3    Case No. 2:17-cv-02796-JAD-CWH
STIP TO EXTEND LINA'S TIME TO RESPOND
TO COMPLAINT [L.R. 6-1(a)]