| | |
|---|---|
| 1 | Anna Maria Martin (NV Bar No. 7079) |
| | amartin@mmhllp.com |
| 2 | MESERVE, MUMPER & HUGHES LLP |
| | 800 Wilshire Boulevard, Suite 500 |
| 3 | Los Angeles, California 90017-2611 |
| | Telephone: (213) 620-0300 |
| 4 | Facsimile: (213) 625-1930 |
| 5 | 316 California Ave. #216 |
| | Reno, Nevada 89509 |
| 6 | |
| | Attorneys for Defendant |
| 7 | LIFE INSURANCE COMPANY OF NORTH AMERICA |
| | and CAESAR'S ENTERTAINMENT OPERATING |
| 8 | COMPANY, INC. |
| 9 | Julie A. Mersch (NV Bar No. 4695) |
| | jam@merschlaw.com |
| 10 | LAW OFFICES OF JULIE A. MERSCH |
| | 701 S. 7th Street |
| 11 | Las Vegas, NV 89101 |
| | Telephone: (702) 387-5868 |
| 12 | Facsimile: (702) 387-0109 |
| 13 | Kevin M. Zietz (*Pro Hac Vice*) |
| | kevin@zietzlaw.com |
| 14 | LAW OFFICES OF KEVIN M. ZIETZ |
| 15 | Todd Krauss (*Pro Hac Vice*) |
| | todd@krausslaw.com |
| 16 | LAW OFFICES OF TODD KRAUSS & ASSOCIATES |
| | 16055 Ventura Boulevard, Suite 432 |
| 17 | Encino, California 91436 |
| | Telephone: (818) 981-9200 |
| 18 | Facsimile: (818) 981-9201 |
| 19 | Attorneys for Plaintiff |
| | MARNICE CLERK |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARNICE CLERK, | Case No. 2:17-cv-02796-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC.** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC and DOES 1 to 10, Inclusive, | |
| Defendants. | |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

159896.1

1

Case No. 2:17-cv-02796-JAD-CWH
STIPULATION TO DISMISS CAESAR'S
ENTERTAINMENT OPERATING CO., INC.

IT IS HEREBY STIPULATED by and between Plaintiff MARNICE CLERK ("Plaintiff") and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") and CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC, by and through their respective counsel, as follows:

1. The Parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq*.

2. LINA has confirmed that CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC., Long Term Disability Plan (the "Plan") is funded by a policy of long term disability insurance issued by LINA.

3. In consideration for this Stipulation, LINA acknowledges and agrees that it will be responsible for any judgment relating to disability benefits under the Plan, and attorney fees, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against LINA in the above-entitled action.

4. The Parties therefore stipulate and request that Defendant CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC. be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii), with the Parties to bear their own attorney fees and costs directly related to the instant Stipulation and the dismissal of CAESAR'S ENTERTAINMENT OPERATING COMPANY, INC.

5. LINA shall remain the only named defendant.

**IT IS SO STIPULATED.**

Dated: November 29, 2017
LAW OFFICES OF KEVIN M. ZIETZ
Kevin M. Zietz

By: */s/ Kevin M. Zietz*
Kevin M. Zietz
Attorneys for Plaintiff
MARNICE CLERK

### ORDER

Based on the parties' stipulation [ECF No. 17] and good cause appearing, IT IS HEREBY ORDERED that **all claims against defendant Caesar's Entertainment Operating Company, Inc. are DISMISSED** without prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
November 29, 2017