1   Anna Maria Martin (NV Bar No. 7079)
    amartin@mmhllp.com
2   MESERVE, MUMPER & HUGHES LLP
    800 Wilshire Boulevard, Suite 500
3   Los Angeles, California 90017-2611
    Telephone:  (213) 620-0300
4   Facsimile:  (213) 625-1930
    316 California Ave. #216
5   Reno, Nevada  89509

6   Attorneys for Defendant
    LIFE INSURANCE COMPANY OF NORTH AMERICA
7   and CAESER'S ENTERTAINMENT OPERATING
    COMPANY, INC.

8
    Julie A. Mersch (NV Bar No. 4695)
9   jam@merschlaw.com
    Law Offices of Julie A. Mersch
10  701 S. 7th Street
    Las Vegas, NV  89101
11  Telephone:  (702) 387-5868
    Facsimile:  (702) 387-0109

12
    Kevin M. Zietz (Pro Hac Vice)
13  kevin@zietzlaw.com
    LAW OFFICES OF KEVIN M. ZIETZ
14  Todd Krauss (Pro Hac Vice)
    todd@krasslaw.com
15  LAW OFFICES OF TODD KRAUSS & ASSOCIATES
    16055 Ventura Boulevard, Suite 432
16  Encino, California 91436
    Telephone:  (818) 981-9200
17  Facsimile:  (818) 981-9201

18  Attorneys for Plaintiff
    MARNICE CLERK
19

20              **UNITED STATES DISTRICT COURT**

21                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 22  MARNICE CLERK, | )  Case No. 2:17-cv-02796-JAD-CWH |
|  | ) |
| 23          Plaintiff, | )  **STIPULATION TO DISMISS ENTIRE** |
|  | )  **ACTION WITH PREJUDICE AND** |
| 24      vs. | )  **ORDER THEREON** |
|  | ) |
| 25  LIFE INSURANCE COMPANY OF NORTH | )  ECF No. 23 |
|     AMERICA; CAESAR'S ENTERTAINMENT | ) |
| 26  OPERATING COMPANY, INC and DOES 1 to | ) |
|     10, | ) |
| 27  Inclusive, | ) |
|  | ) |
| 28          Defendants. | ) |
|  | ) |

IT IS HEREBY STIPULATED, by and between Plaintiff MARNICE CLERK and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: March 9, 2018      LAW OFFICE OF JULIE A. MERSCH
Julie A. Mersch

By:    */s/ Julie A. Mersch*
Julie A. Mersch
Attorneys for Plaintiff
MARNICE CLERK

Dated: March 9, 2018      LAW OFFICES OF KEVIN M. ZIETZ
Kevin M. Zietz

By:    */s/ Kevin M. Zietz*
Kevin M. Zietz
Attorneys for Plaintiff
MARNICE CLERK

Dated: March 9, 2018      LAW OFFICES OF TODD KRAUSS & ASSOCIATES
Todd Krauss

By:    */s/ Todd Krauss*
Todd Krauss
Attorneys for Plaintiff
MARNICE CLERK

Dated: March 9, 2018

MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin


By:    */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendants
LIFE INSURANCE COMPANY OF
NORTH AMERICA and CAESAR'S
ENTERTAINMENT OPERATING
COMPANY, INC.

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

## ORDER

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: _____March 9_____, 2018    _____

Hon. JENNIFER A. DORSEY
United States District Court Judge

162197.1